The People of the State of Illinois, defendant in error, v. Daniel Serritella and Harry Hochstein, plaintiffs in error. Gen. No. 36,620.

Opinion filed November 6, 1933.

Thomas D. Nash and Michael J. Ahern, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Bernard R. Rosenberg, appellee, v. Sam Kantorowitz, appellant. Gen. No. 36,812.

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.

Louis T. Herzon, for appellant. Fagenholz & Kaplan, for appellee; B. M. Steiner, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Elizabeth Brown Cowell, appellant, v. George E. Corbett, Jr., appellee. Gen. No. 36,830.

Opinion filed November 6, 1933.

Leslie H. Whipp, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Joseph Shedbar, appellee, v. The Stock Yards Trust and Savings Bank, appellant. Gen. No. 36,894.

Opinion filed November 6, 1933. Rehearing denied November 20, 1933.

Arthur Abraham, for appellant. Armin G. Kusswurm and Alberto N. Gualano, for appellee.

Mr. Justice McSurely delivered the opinion of the court.